1  **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2  428 J Street - Suite 350
Sacramento, California 95814
3  Telephone: (916) 447-8262

4  Attorney for Defendant: **JOSHUA S. YNIGUEZ**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-05-080 WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS** |
| ) | **CONFERENCE** |
| **JOSHUA S. YNIGUEZ,** ) | |
| **CLYDE TYNES, JR.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

It is hereby stipulated between counsel for the government and counsel for the defendant that the Status Conference presently scheduled for September 14 2005 may be continued until September 28, 2005, at 9:00 a.m. for further status and/or change of plea.

It is further stipulated by the parties that time is excludable under the Speedy Trial Act until September 28, 2005 pursuant to Local Code T-4.

This continuance is necessary to permit counsel to prepare. Counsel for the government and the defendant's are close to a resolution of the matter but further discussions between counsel and the clients is necessary. In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv). Counsel for the government and the co-defendant have authorized the signing of this stipulation.

1 | (Signature and Order on Following Page)

2 | Dated: September 12, 2005               Dated: September 12, 2005

3

4 | / s / Steven D. Bauer                   / s / Fred Dawson

5 | **STEVEN D. BAUER**                     **FRED DAWSON**
Attorney for Defendant                     Attorney for Defendant

6

7 | Dated:  September 12, 2005

8 | / s / Anne Pings

9 | ANNE PINGS
Assistant United States Attorney

10

11 | For Good Cause Appearing
**IT IS SO ORDERED**
12 | Dated: September 14, 2005

13

14 | _____
WILLIAM B. SHUBB
15 | UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28