```
 1  FRED N. DAWSON
    Attorney at Law
 2  Ca. St. Bar No. 43306
    P.O. Box 400
 3  Fair Oaks, CA  95628
    Telephone: (916) 498-1300
 4
    Attorney for Defendant
 5  CLYDE W. TYNES
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-05-080 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST FOR ORDER AND |
| ) | [PROPOSED] ORDER |
| CLYDE W. TYNES, ) | EXONERATING BOND |
| ) | |
| Defendant. ) | |
| _____) | |

On or about March 1, 2005 a $200,000 appearance bond, secured by a deed against the real property of Rosslyn C. Kelly, Jr. And Donna J. Kelly, was posted on behalf of Clyde Tynes, Case No. CR.S-05-080 WBS. Mr. Tynes had been arrested in this district based upon an indictment filed in this district. On January 6, 2006, Mr. Tynes surrendered to the U.S. Bureau of Prisons to serve the sentence imposed on December 7, 2005.

It is hereby requested that the $200,000 secured appearance bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about March 1,2005.

Dated: January 20, 2006          /s/ Fred N. Dawson
                                 FRED N. DAWSON
                                 Attorney for Defendant
                                 Clyde W. Tynes

1

```
 1  FRED N. DAWSON
    Attorney at Law
 2  Ca. St. Bar No. 43306
    P.O. Box 400
 3  Fair Oaks, CA  95628
    Telephone: (916) 498-1300
 4
    Attorney for Defendant
 5  CLYDE W. TYNES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-05-080 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | EXONERATING BOND |
| CLYDE W. TYNES, | ) | |
| Defendant. | ) | |

The court having been informed that defendant surrendered to the U.S. Bureau of Prisons to serve the sentence imposed on December 7, 2005, IT IS HEREBY ORDERED that the bail bond in the amount of $200,000 posted by Rosslyn C. Keely, Jr. And Donna J. Kelly and secured by a Deed of Trust for their home, 120 Iolanthus Avenue, Novato, California 94945 is hereby exonerated, and the Clerk of the District Court is directed to reconvey back to the Trustors the deed of trust received by the Clerk on or about March 1, 2005.

Dated: January 23, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE